# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-mj-00252-ZMF |
| : | |
| **JOSEPH LINO PADILLA,** : | |
| : | |
| **Defendant.** : | |
| : | |

COMES NOW the United States Attorney's Office, by and through Jacob Strain, Assistant U.S. Attorney, and hereby enters an appearance of counsel on behalf of the United States in the above entitled matter.

RESPECTFULLY SUBMITTED this 5th day of March, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____
JACOB J. STRAIN (UT#:12680)
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530